CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar #14853
BIANCA R. PUCCI
Assistant United States Attorney
Nevada Bar #12940
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Bianca.Pucci@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>         v.<br><br>DESHAUN RAY GLADNEY-FAIR,<br><br>                     Defendant. | Case No. 2:21-cr-00153-GMN-NJK<br><br>**Government's Motion to Unseal the Instant Case** |

The United States of America, by and through the undersigned, respectfully moves this Court for an Order to UNSEAL the instant case. Specifically, the undersigned requests to unseal the Indictment filed under the instant case in anticipation of the defendant's initial appearance in the District of Oregon court today, August 23, 2021 at 1:30 p.m.

DATED this 23rd day of August, 2021.

                              Respectfully,

                              CHRISTOPHER CHIOU
                              Acting United States Attorney

                              */s/ Bianca R. Pucci*
                              BIANCA R. PUCCI
                              Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DESHAUN RAY GLADNEY-FAIR,<br><br>Defendant. | Case No. 2:21-cr-00153-GMN-NJK<br><br>**Order** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

**DATED** August 23, 2021

_____
UNITED STATES MAGISTRATE JUDGE