**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-CR-153-GMN-NJK |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| DESHAUN RAY GLADNEY-FAIR, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture and an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Deshaun Ray Gladney-Fair to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Deshaun Ray Gladney-Fair pled guilty. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 28; Plea Agreement, ECF No. 29; Preliminary Order of Forfeiture, ECF No. 30; Amended Preliminary Order of Forfeiture, ECF No. 34.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from February 11, 2022, through March 12, 2022, notifying all potential third

parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 31-1, p. 5.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 39.

On February 17, 2022, the United States Attorney's Office served Trequan Neal in HI with copies of the Preliminary Order of Forfeiture and the Notice through regular mail. Notice of Filing Service of Process – Mailing, ECF No. 39-1, p. 3-14.

On February 17, 2022, the United States Attorney's Office attempted to serve Trequan Neal in HI with copies of the Preliminary Order of Forfeiture and the Notice through certified return receipt mail. The certified mail was returned as unclaimed. Notice of Filing Service of Process – Mailing, ECF No. 39-1, p. 3-16.

On April 18, 2022, the United States Attorney's Office served Trequan Neal in MD with copies of the Preliminary Order of Forfeiture and the Notice through regular mail. Notice of Filing Service of Process – Mailing, ECF No. 39-1, p. 3-12, 17.

On April 18, 2022, the United States Attorney's Office attempted to serve Trequan Neal in MD with copies of the Preliminary Order of Forfeiture and the Notice through certified return receipt mail. The certified mail was returned as no authorized recipient available. Notice of Filing Service of Process – Mailing, ECF No. 39-1, p. 3-12, 17-19.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. §

/ / /

924(d)(1) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. a Sig Sauer, P320, 9 mm caliber semi-automatic pistol, bearing serial number 58H245929; and
2. any and all compatible ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED _____May 20_____, 2022.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE